## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Robe Probe, Judicial Felons Watch a  D.C.<br>non-profit entity,  as Intervenor  Plaintiffs ,<br>John Doe  ,                           Co-Plaintiff ,<br><br>v.<br><br>John Layne McGehee, 5409 19th Ave Moline, Illinois<br>as an individual,<br>Tammy Renee  Weikert, a/k/a Tammy Renee Wilson<br>14505 85th Avenue Ct W,Taylor Ridge, as an individual,<br>Teresa A. Ricke, 2507 26th Avenue Ct Apt 3<br>Rock Island, IL as an individual,<br>Jill "Doe", as an individual,<br>Victoria Bluedorn,  as an individual,<br> 5813 120th Ave W Milan, IL<br>                           as an individual,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>                           Defendants . | ) **Action under 42 U.S.C Section 1983;**<br>) **Civil Damages for criminal violation of**<br>)   **Hobbs Act: "Malicious Persecution**<br>)<br>) **and Harassment under color of office"**<br>)<br>)          **Damages claimed under**<br>)            **Title 18 U.S. C Section 241**<br>)<br>) **Title 18 U.S. Code § 873 Blackmail**<br>)<br>) **Criminal Extortion;  Civil Damages for**<br>)   **Civil Damages for Felony crimes  under**<br>)<br>)    **Civil Damages  for Criminal**<br>) **violations of  First Amendment Rights**<br>)        **Fourteenth Amendment Rights**<br>) **Civil Damages for crimes  under RICO**<br>)      **FRAUD ON JUDICIARY, ON THE**<br>)        **PLAINTIFF**<br>) **TWELVE PERSON JURY DEMAND**<br>) **Damages sought: FIFTY Million dollars**<br>)  **Punitive Damages: FIVE HUNDRED**<br>) **Million dollars** collectively against each<br>)  individual defendants. |

## COMPLAINT AT LAW

Robe Probe and Judicial Felons Watch , a national watch dog "policing' judicial abuses ,

judicial fraud, judicial corruption , judicial felonies monitoring corrupt state court judges

nationwide, file this law suit as intervenor  Plaintiffs  with  co-joined Plaintiff  John Doe as an

individual, and sue the defendants  McGehee, Weikert , Ricke, Jill "Doe" , Bluedorn  as

**individuals** . **The defendants will have no immunity** <u>for their malicious, deliberate , vicious,</u>

1

intentional tort acts , judicial corruptive acts, including *criminal acts* under Title 18, U.S.C. Section 241 a felony of denying, disenfranchising, invalidating the rights of the Plaintiff John Doe; felony crimes under Hobbs Act, "malicious persecution, harassment under color of office" committed against individual Plaintiff John Doe as further detailed in forthcoming paragraphs.

The clerks of the State Fourteenth Judicial Circuit in Rock Island,  Illinois -Weikert, Ricke,  Bluedorn, Jill Doe  sued here will have no immunity." there exist no immunity for the clerk from being sued." *Antoine v. Byers Anderson, Inc*., 508 U.S. 429,436; *Imbler v. Pachtman*, 424 U.S. 409, 423 n. 20 (1976) "**Absolute immunity does not extend to all positions** simply "because they are part of the judicial function." Id. at 435; *Hyde-Rhodes v. Jefferson Cnty*,  4:20-cv-00597-BL, holding that "**clerk did not enjoy absolute immunity**." *Adams v. Pollard ,* No. 17-3121 (C.D. Ill. Jun. 5, 2017) ; *McCray v. Maryland*, 456 F.2d 1, 4 (4th Cir. 1972), held that "**there is no basis for sheltering [a] clerk from liability under section 1983 for failure to perform a required ministerial act, such as  properly filing papers**."  Defendant McGehee will have no qualified, sovereign or absolute immunity for his malicious,  vicious, flagrant judicial abuses as well as felonies .

" *The aggrieved party who is a victim of such overreach and abuse can seek damages in a court as there is no immunity protection*." *Cary v. Piphus* , 434 U.S 247,253 ( 1978); *Zeller v. Rankin*  101, S.Ct 2020, 451 U.S 939., 69 L.Ed 2d 326" . Even assuming any immunity, " does not bar prospective relief against a constitutional officer" , See *Pulliam,* 466 U.S. at 540. "**Nor does it shield from criminal prosecution**." See *O'Shea v. Littleton*, 414 U.S. 488, 503 (1974); *Eades*, No. 86-1884, slip op. at 3.

The defendants are sued as any *other individuals* who committed intentional , *malicious tort acts* against another citizen. Any inappropriate appearances for the defendant McGehee by anyone from Illinois Attorney general office will be vigorously opposed with briefs filed.

### Background Facts

1. On June 8th, 2023 co-plaintiff sued several defendants in Fourteenth Judicial for false complaint with a State agency IDHR alleging discrimination. The law suit clearly detailed the defendants' abuses which included filing a false report with NO signature. as requited under the law to file any complaint with a State agency like Illinois Dept. of Human Rights (IDHR) to be signed under oath, under penalties of perjury. The defendant Syed Hussain a Muslim Terrorist from Pakistan filed a false report sometime in June 2023 , two and half years after the statutory deadline of one year for filing even a legitimate complaint under oath had expired on January 28, 2022 ; backdated, forged and signed under oath and committed two counts of Class X Felony Perjury carrying ten years prison time for each count for a total of 20 years.

2. Plaintiff John Doe is an individual , not a business or banker. United States Supreme court recently held even a business can refuse service or sell per the Petitioner in Supreme court to "a Negro[1] couple" . Here Plaintiff John Doe is an individual who listed his home as independent sale "for sale by owner".

3. As detailed, narrated with vivid details in the facts based pending state law suit , upon Plaintiff sued the defendants in June 2023 for harassment, defamation , one of the

---

[1] Negro is an approved way to denote black in U.S Census Bureau. Negro is still an approved way to refer to black people, https://www.independent.co.uk/news/world/americas/negro-is-still-an-approved-way-to-refer-to-black-people-says-us-army-9843757.html ; Negro is an acceptable term U.S Military says: ( US Army) https://www.nydailynews.com/news/national/negroacceptableterm-soldiers-u-s-army-article-1.2000759

defendants with numerous aliases  named Syed Hussain from Pakistan , *forged a back dated document and signed under oath ,under penalties of perjury* sometime in August 2023  with a stale date of July 2021, then changed to another perjured document to January 28th, 2021 in an effort to *manufacture* some sort of defense to the state law suit.

4. A solicitor at Judicial Felons watch contacted FBI and filed a complaint for Perjury in a public agency , aided by the agency  IDHR for the  purpose of harassment  and to *frame* John  Doe with some sort of  bogus sham discrimination  because Hussain is Muslim.

5. It is so laughable in that  the *psychopath and maniac*  Syed Hussain of Pakistan with mental health issues, desperately made-up  a sham , discrimination complaint with IDHR after he is sued in June 2023 , <u>backdated, signed under penalties of perjury ,</u>  whereas  John Doe has dozens business cards left in his home  by many Muslim Real Estate agents who were given the tour to their clients from multiple  Muslim countries origin, including Pakistan

6. Nevertheless, the homeowner can 'kick any suspicious creature out' like Hussain and can *refuse to allow showing  at will  and pleasure* homeowner    including perceived threat and endangerment to the Plaintiff's household by Muslim terrorist from Pakistan Syed Hussain; suspected theft  of items from the home by Hussain as alerted by the Real estate community.

### Events  in State court

7.   The case is assigned to a rogue, corrupt fellow , defendant James Layne McGehee.

8. Defendant McGehee allowed felony fraud on court by defendant Eric Mail representing <u>solo defendant</u> Hussain; allowed   felony misrepresentation to Court  in filings for all defendants when filed a *solo appearance* for **one defendant** . See **Exhibit 1**

9. Plaintiff John Doe filed three separate Supreme  court Rule 137 sanctions against the malpractice and fraud counsel  named Eric Mail , which included seeking disbarment for felony fraud on court ;  misrepresenting and filing papers in the name of "defendants" in plural

when filed  appearance for a <u>solo defendant Hussain</u>.  The defendant judicial thug McGehee

allowed even filings for an <u>entity defendant without appearance</u> when corporation requires to

be represented by counsel.

10. Additionally , Plaintiff filed a Petition for Judgment on pleadings and For summary judgment

on the verified complaint.

## COUNT I  FELONY FRAUD ON JUDICIARY  BY THE DEFENDANTS

### Criminal Obstruction of Justice ,Tortious Interference, Case Fixing, Corruption

### Defendants McGehee Weikert, Ricke, Bluedorn, Jill Doe

11. In order to "fix" the case for the defendant likely for  an unwritten cash deal, a/k/a *bribes*, the

judicial felon McGehee blocked the filings by the Plaintiff *as a starter*.

12. Additionally, defendant Judicial crook and judicial felon  McGehee continued to allow the

malpractice felon Eric Mail to file papers on behalf of all the defendants  when the Plaintiff

John Doe Rule 137 Petition for sanction attacked the very malpractice and fraud of filing

papers for multiple defendants, including entity defendant, whereas Eric Mail filed

appearance for <u>only one solo  defendant Hussain</u>.

13. Plaintiff John Doe filed two separate Motions - SOJ as of right, **Exhibit 2** and Petition to

Transfer Venue **Exhibit 3 which defendant judicial felon asked the clerk to reject ,**

**Exhibit 4 and 5**

14. Upon receiving the two motions sent by E mail to the defendant Judicial felon McGehee , the

criminal crook McGehee masterminded a way to "dispose the Plaintiff case *exparte and to fix*

*the case for his cash paying client.* First the thug McGehee  blocked the filings on September

22nd, 2023; then asked his criminal accomplice defendant Weikert to Rejected the filings for

SOJ and Motion To Transfer (Ex.4 and 5)

15. Thereafter the judicial felon *allowed his client Eric Mail* to `*sneak through through the*

*back door* on September 25th, 2023 morning 9 A.M , and *sold for a pre-agreed price his*

*rubber stamp signature* on a pre-drafted order by his client Eric Mail , on *an exparte an*

*unnoticed*, frivolously named "Emergency Motion" .

16. **Exhibit 6** will show that the so called Emergency Motion was not even noticed until 1.07

P.M. of September 25th, 2023 , several hours later defendant McGehee sold an order for an

unwritten cash deal that morning.

17. Nevertheless the criminal crook in *black robe* McGehee daringly claimed in the order he sold

to Eric Mail , that Plaintiff did not appear (on an unnoticed motion per the material evidence

Exhibit 6 noticed after several hours), as a defense to cover the judicial felon McGehee abuse

in case of an appeal.

18. Moreover, the cunning criminal crook defendant McGehee made sure the clerk does not

accept any filings by the Plaintiff anyways, thus pre-empted any response even if the so

called Emergency Motion Noticed timely .

19. The abuse of blocking the filing by the judicial thug McGehee is on the alleged fee petition,

which is pending hearing , but manipulated, lied in an *exparte, sua sponte* order entered on

9/22/23, on a non-court date , that fee petition denied clearing the path for his corruption.

20. However as stated in the foot note in Exhibit 2, page 2 the crook and felon in black robe

defendant McGehee has no issue allowing filings with no appearance or any appearance fees

paid , and appearances filed for other defendants , including a corporate entity defendant

who has no attorney appearance. Exhibit 1 clearly sated the appearance for one solo

defendant Syed Itret Hussain.

21. As a continued fraud on judiciary , the judicial felon McGehee continue <u>to allow his client</u>
    Eric Mail to <u>misrepresent and fraud the court and sold the rubber stamp signature on the</u>
    <u>pre-drafted order for the unnoticed, exparte Emergency Motion on the morning of</u>
    <u>September 25th, 2023.</u> (The criminal crook and thug McGehee is under FBI investigation) .

22. As further <u>amusing and laughable</u> at the ignorant imbecile , the judicial felon McGehee who
    is ignorant of law and allowed the *rubbish* titled in the motion and order as "discovery
    stayed under citizen participation act" .

23. The ignorant fool McGehee , likely a crook scorpion lawyer turned "associate judge" does
    not have a clue of what the CPA means. CPA requires any complaint with any agency by a
    " citizen" ( despite the defendant Hussian is a Pakistani with terrorist links-see **Exhibit 7**
    FBI complaint) ) must be signed <u>under oath , under penalties of perjury</u> and within ONE
    YEAR statute expiration date of 12 months from the alleged discrimination which expired
    on January 28,2022, even to file a "legitimate complaint".

24. Furthermore, as stated before , Plaintiff John Doe listed his home for "sale by owner" and
    can kick anyone out at his choice, at his *will and pleasure* if chose not to allow a showing of
    his property. The state law suit complaint clearly stated that the defendant Hussain is
    mental case, a kleptomaniac as discovered by the Real estate community, who steal things
    in the name of showing a client.

25. The complaint paragraphs clearly stated as to why the defendant Hussain was "kicked out"
    on January 28th , 2021 which of course the criminal crook in black robe McGehee has no
    time to read a word of the law suit.

26. More specifically the state law suit complaint stated in specific paragraphs of the complaint
    which the corrupt judicial felon defendant McGehee has no time to read a word of it ,states
    as follows in paragraphs 1-10 :

- In December of 2020 ,CDC approved the Pfizer vaccine for COVID, and mandated "masks" which continued through Summer of 2022 .

- In or around January 2021, Plaintiff Mr. Shekar listed his home for "**Sales By Owner**" with a "flat fee listing broker" . The listing broker is <u>not a</u> " Selling Broker" ; all showing appointments, sales offers, negotiations all handled directly by the "Owner" -the Plaintiff.

- In or Around January 2021 , the criminal crook and illegal alien from Pakistan, named defendant Syed Itret Hussain, *impersonating* to be a "licensed broker" asked via E mail for a showing of the Plaintiff's home . The E mail sent for showing from Hussain had no information as to his license; no license number; no brokerage name, and had a *goofy,* suspicious, scam E mail ID, hiding any information as to brokerage information; broker license information.

- The Illinois department of Professional regulation showed no real estate broker licensed in Illinois with the felon name Syed Itret Hussain.

- Additionally in violation of "Showing Remarks" listed in MLS . felon Hussain ignored the "24 hours' notice requirement"; demanded showing in less than few hours, which nevertheless Plaintiff accommodated moving another committed showing to a well-qualified d pre-approved buyer.

- Despite the suspicious nature of the E mail as 'showing request' , with no broker license ID, with a goofy E mail with no name of any brokerage information, Plaintiff nevertheless allowed the appointment and confirmed via E mail **reiterating** the " **Showing remarks**" strictly to be followed , which require among other things, "**to wear mask' ; remove footwear; no more than two persons at a time per CDC guidelines; no parking on drive way."** In addition, the crook Hussain was told to send the bring a '**pre-approved letter**' from a bank before the appointment . The defendant con-artist and felon Hussain lied he would bring the preapproved letter in person.

- Upon arriving **more than an hour late for the scheduled showing** , the crazy and weird looking, *mental case* Hussain with weird demeanor, felon Itret Hussain with questionable mental health, offered **no apologies for his one hour lateness; brought a gang of people of more than three ; refused to wear mask; refused to remove footwear; did not show any pre-approved letter.** [2]

---

[2] Plaintiff later discovered through private investigative agency the buyer Ghayas Khan , an illegal alien from Pakistan with no credit history is not pre-approved ; Syed Irtel Hussain has links to terrorist network in Pakistan, and reported to U.S. Dept. of Homeland Security.

- Plaintiff quickly realized that felon Hussein asked for appointment with some other criminal motive - to commit burglary; to steal items from the home, reason the crazy maniac and psychopath Hussein dared 'commanded' the homeowner to "get out" immediately upon Hussain was let inside the home for the showing. A seller who listed his home for sale with Hussein, captured the felon red-handed through home security camers of Hussain stealing items in the name of showing to buyers, (when a seller normally leaves the home to allow privacy for buyer.)

- After the abusive, arrogant, rude, obnoxious crook Hussain who deliberately violated "showing instructions" which are specifically reminded twice upon confirming the appointment; showed up after an hour late of the scheduled time; the violent, abusive, disrespectful conduct of 'commanding' the homeowner-Plaintiff to 'get out', the psychopath, maniacal felon Hussain with mental health issues was "kicked out-off his ass " and asked to leave immediately and called the police to make an immediate arrest of maniac Hussain for **felony home invasion; felony trespassing; felony attempt to commit burglary.** Before police arrived the felon Hussein **fled the area** with his "unqualified" *goofy* client.

- Thereafter 'kicked out' of Plaintiff's home, felon Hussain initially tried a false ,unsigned complaint of alleged "housing discrimination" and unsigned complaint under oath as required under 775 ILCS 5/7B-102 (A)(1); 56 Ill.Admin. Code 2520.330 ( e) , around January 28, 2021 with Illinois Dept. Of Human Rights ("IDHR"). The coward felon fearing to go to prison for perjury ,did not sign the false complaint he filed with IDHR, attached **as Exhibit 1** . The complaint requires **to be signed under oath with penalties of perjury which carries ten years in prison time,**

27. In the Rule 137 petition for sanctions, Plaintiff John Doe also made it clear to the thug and judicial felon defendant McGehee with material evidence that after the law suit filed , the defendant felon Hussain fabricated forged, back dated, signed under oath under penalties of perjury a sham complaint with IDHR with back date of January 28th,2021 , whereas till July 2023 , **two and half years** after the alleged showing refusal happened on January 28, 2021 , there never is a signed complaint under oath by the defendant – The Pakistani Muslim with terrorist links and goes by numerous aliases including Syed Itret, Hussain, Syed, Hussain Itret etc. made it up , and even in the perjured , backdated, forged document hid his real last name.

28. The imbecile, ignorant, clueless crook defendant McGehee who does not have any knowledge of the goofy Citizens Participation Act , *sold* his   his rubber stamped signature on a pre-drafted order by his client "Eric Mail". The CPA  statute  does not <u>allow perjured,</u> <u>back dated documents</u> as "citizen participation" to frame, harass another citizen. The  "bs" dished out by the judicial thug  defendant McGehee in his 9/25/23 exparte order drafted by his client his client citing CPA  on  unnoticed motion,   will not hold a *drop of water* in this law suit as defense by the felon McGehee.

29. Any inappropriate appearances and  <u>free defense abusing tax payers monies</u> by any  Illinois Attorney General    for the defendant McGehee will be vigorously objected with *Memorandum of Law* and supported with U.S.Supreme court  authorities   will be filed to support disqualification of any bench warming jerks  at Illinois Attorney General from offering free defense at tax payers monies for the  judicial felon defendant McGehee.

5 ILCS 350/2 (b) :

> **Sec. 2. (b)** :  In the event that the Attorney General determines that so appearing and defending an employee either (1) involves an actual or potential conflict of interest, or (2) that the act or omission which gave rise to the claim was "**not within the scope of the employee's State employment or was intentional, willful or wanton misconduct**, the Attorney General shall **decline in writing to appear or defend or shall promptly take appropriate action to withdraw as attorney for such employee.**"

It is very doubtful Rock Island County will offer free defense to other defendants .

30. As proximate cause of the defendants' felony absues  on judiciary, obstruction of justice, fraud on judiciary, criminal harassment, lynching, profiling , Plaintiff John Doe suffered damages.

31. Such damages included intentional infliction of emotional distress, intentional infliction of mental anguish , tortious interference in prosecuting his claims for damages caused from defendants' intentional tort acts.

**WHEREFORE,** Plaintiffs seek a judgment for an amount of **TEN million dollars** be entered in John Doe's favor and against the INDIVIDUAL defendants John Layne McGehee, Tammy Weikert , Teresa Ricke, Victori Bluedorn, Jill Doe , plus attorney fees, costs, and for any such other relief as this Court deem fit.

## COUNT II

### Criminal Fraud, Forgery of Docket , Crimes against Judiciary

Defendant McGehee

32. Plaintiff adopts and incorporates paragraphs 1- 31 of this complaint as fully set forth herein.

33. The "judicial clown" and judicial felon defendant McGehee *exparte , suasponte* entered a "docket entry" on 9/22/23 in exchange for "cash bribes' paid by the defendant , and practically pre-empted any response to any filings by the Plaintiff , more like this thug McGehee and the defendants are the only parties in the State case, and no Plaintiff, and stated in *his abusive exparte suasponte* order : "all fillings not allowed".

34. The judicial felon defendant McGehee entered docket entry as follows on 9/22/23 *exparte,* on a 'non-status date' (Also refer Exhibit 2 , "Motion To Transfer" , footnote on page 2)

> Application for Waiver of Court Fees is denied at this time. Matter set for hearing on 10/11/2023 @ 2:30pm on Motion by Defendant. All filings by Plaintiff not allowed

35. The perverted , super egoistic arrogant thug moral turpitude should be evident in that on a previous status date the judicial felon McGehee entered an order continuing the fee petition for hearing and nothing as to "denied" . Additionally the perveretd sadist defendant McGehee

has no issue allowing his client Eric Mail to appear without any appearance fees paid for

other defendants. The double standard, immoral judicial character cannot be more

conspicuous.

36. Additionally , the criminal thug  and judicial crook defendant McGehee has no issue  in

entertaining frivolous, baseless <u>exparte motions ; entering exparte orders</u> while <u>barred the</u>

<u>Plaintiff from filing  responsive pleadings</u> . (see felony material evidence by the felon McGehee

-Exhibit 6  where the notice  of an alleged **Emergency motion noticed  after several  hours**

**later** of the "emergency motion order" <u>sold</u> by McGehee to huis client defendant).

37. U.S. District Judge Thomas Durkin while sentencing a crook judge  like McGehee to **SIX**

years in Federal prison stated in his opinion, " *Society demands more of judges than of*

*other persons because of their elevated position  in which they are expected to be fair and*

*honest* ". Federal Judge – Northern District Honorable Thomas Durkin **while sentencing** a

**cook  county judge to six (6)  years in Federal prison**.

38. Another well reputed, highly regarded Federal Judge ordered a thug in black robe like

defendant McGehee,  should stand trial and no immunity  protection allowed .

<u>District Judge Gottschall found that Evans have no immunity :</u>

> **Judge Gottschall –ILND;**  the court **declines to find that**
> **absolute judicial immunity bars**  § 1983 official capacity
> claims against  Judge Evans). Cited authorities:
> Novak v. Hall, No. 14 C 801, 2015 WL 5768569,
> (N.D. Ill. Sept. 30, 2015)  (quoting DeVito v. Chicago
> Park Dist.,  83 F.3d 878, 881 (7th Cir. 1996);
> Kentucky v. Graham, 473 U.S. 159, 165-66 (1985));
> see also Prakel v.  Indiana, 100  F. Supp. 3d 661, 677
> (S.D. Ind.  2015)

39. Despite a <u>judgment on Pleadings and summary judgment motion filed and pending</u> , the

defendant felon McGehee allowed a frivolous filing of MTD by an ignorant malpractice thug

under investigation by Iowa Attorney Disciplinary Board and Iowa Supreme court, to file the MTD under a clueless "Citizen participation Act" which is nothing to do with "participation" by felon defendant in State court Syed Hussain . (CPA)

40. CPA does not <u>allow, abet , aid perjury, forgery</u> and back dating a document to defeat the <u>statute of limitations and to file a  perjured , backdated document</u> to frame, harass, intimidate another citizen in the name of "participation". The ignorant donkey headed IQ defendant  McGehee has no clue of CPA, neither doubtful he could even spell it from the *typo* in the amusing exparte order of 9/25/23 .

41. Plaintiffs have sought Federal Grand Jury  indictment  of the defendants and the  Muslim terrorist hailed from Pakistan named Syed Itret Hussain whose residency status in America is questionable/unknown. The Federal investigation against defendant Hussain who filed  a fake, false, perjured document in a State public office IDHR and  back dated by over two years is  sued for perjury, and now extended to the defendant Judicial felon McGehee as an accessory to perjury and fraud on court.

42. Attached are few  Exhibits  of some of the  material evidence shared and produced to Federal prosecutors  at the department Public Corruption Unit of USDOJ , Washington D.C., with FBI, seeking probable cause indictment of the defendants , including some corrupt felons  at state agency IDHR; J.B Pritzker who appointed those felons, for absue of public office; allowed time barred , perjured , backdated, fake ,false report by defendant in State court,  Syed Hussain. The Federal investigation  is now expanded and included defendant McGehee, Weikert, Ricke,  Jill Doe and Bluedorn for probable cause  for felony fraud in judiciary.

43.  As proximate cause of the defendants' abuses  on judiciary, obstruction of justice, fraud on judiciary, criminal harassment, lynching, profiling , Plaintiff John Doe suffered damages.

44. Such damages include  intentional infliction of intentional infliction of  emotional distress, intentional infliction of mental anguish , tortious interference  and obstruction of  Plaintiff from prosecuting his claims, for damages , and damages caused from  defendants' intentional tort acts.

**WHEREFORE,** Plaintiffs seek a judgment for an amount of **TEN million dollars** be entered in John Doe's favor and against the  INDIVIDUAL defendants John Layne McGehee, Tammy Weikert , Teresa Ricke, Victori Bluedorn, Jill Doe , plus attorney fees, costs, and for any such other relief as this  Court deem fit.

### COUNT III

**Felony Criminal conduct under Title 18 U.S. Code § 873 Blackmail, Criminal Extortion ; Violation of Fiduciary Duty, Violation of Oath of Office ; Judicial Corruption  and Case fixing Breach of Public Trust Aiding , Abetting Criminal acts in Judiciary by the defendants**

**Defendants McGehee Weikert, Ricke, Bluedorn, Jill Doe**

45. Plaintiff adopts and incorporates paragraphs 1- 44 of this complaint as fully set forth herein.

46. The judicial felon defendant McGehee in criminal collusion with the other defendants *exparte, sua-sponte* entered a docket entry on 9/22/23 which accomplished the judicial felon McGehee criminal agenda  of rendering the case <u>as *one party case* with no   plaintiff</u>; allowed filings  by his client defendant , <u>preempting any response </u>by the plaintiff by colluding with co- defendant accomplices and  clerks to un-file , and reject filings by the Plaintiff.

47. Thereafter, on 9/25/23 morning  the laughable judicial  clown and judicial felon McGehee allowed an <u>unnoticed, exparte motion by  his client</u> Eric Mail and  sold his  rubber stamped signature be placed on the pre-drafted ,lopsided order with no hearing, drafted by his client Eric Mail  for a pre--agreed back door deal  of 'cash bribes'; then forged the docket  as if the

order entered after the Plaintiff noticed the motion;   lied as Plaintiff did not appear knowing

fully well the record would show no notice served of any motion until after several hours of

the felon McGehee sold his rubberstamp,  (Ex.6);   despite the fact the criminal thug

McGehee would have blocked, pre-empted any response by the Plaintiff anyways, consistent

with his criminal violation  of oath of office, moral turpitude, and High crimes and

Misdemeanor and  *exparte*  docket entry 9/22/23 blocking Plaintiff filings.

48. Due to the criminal treason on judiciary, on the United States constitution,  Illinois

Constitution, by the judicial felon  defendant McGehee in collusion with other co-defendants,

McGehee violated  the Public trust in judiciary; committed felony crimes against judiciary.

49. In fact, the defendant crook McGehee is BARRED FORM ENTERING any orders in the

State case once the Plaintiff has filed an SOJ motion ,(EX.2) and Motion To  Transfer Venue

(Ex.3) and practically the  judicial felon McGehee has no jurisdiction over the  Plaintiff case

effective from 9/23/23 (Ex.2 and 3) .

United States Supreme Court in *Cary v. Piphus* : " Any orders entered without jurisdiction are

**nullity and void** and **has no effect**. The aggrieved party who is a victim of such judicial

overreach and judicial abuse can seek damages in a court as there is no immunity protection."

*Cary v. Piphus ,* 434 U.S 247,253 ( 1978)" . "**Judicial Immunity is lost** when a Judge had no

jurisdiction and/or lack jurisdiction" See *Zeller v. Rankin,* 101, S.Ct 2020,451 U.S 939., 69

50.  As proximate cause of the defendants' abuses  on judiciary, obstruction of justice, fraud on

judiciary, criminal harassment, lynching, profiling , Plaintiff John Doe suffered damages.

51. Such damages include   intentional infliction of intentional infliction of  emotional distress,

intentional infliction of mental anguish , tortious interference   and obstruction of  Plaintiff

from prosecuting his claims and for damages , and damages caused from such  from defendants' intentional tort acts.

**WHEREFORE,** Plaintiffs seek a judgment for an amount of **TEN million dollars** be entered in John Doe's favor and against the  INDIVIDUAL defendants John Layne McGehee, Tammy Weikert , Teresa Ricke, Victori Bluedorn, Jill Doe , plus attorney fees, costs, and for any such other relief as this  Court deem fit.

## COUNT IV

### ABUSE OF AUTHORITY, MALICIOUS PERSECUTION, HARASSMENT RETALIATION AGAINST PLAINTIFF IN VIOLATIONS OF HOBBS ACT, FIRST AMENDMENT RIGHTS AND FOURTEENTH AMENDMENT RIGHTS CIVIL DAMAGES FOR CRIMES UNDER TITLE 18 U.S.C. SECTION 241, CRIMES UNDER  RICO

### Defendants McGehee Weikert, Ricke, Bluedorn, Jill Doe

52. Plaintiff adopts and incorporates paragraphs 1- 51 of this complaint as fully set forth herein.

53. In his motion to transfer venue and SOJ motion, Plaintiff put the defendant felon McGehee on notice of his  felony conduct. (see foot note on page  of SOJ motion Ex.2  where Plaintiff stated he has filed  a complaint with   Judicial Inquiry Board against the thug McGehee).

54. The motions Exhibits 2 for SOJ and Exhibit 3 for Transfer venue were received by the defendant felon McGehee on the morning of September 25, 2023 and read at 8.35 A.M, well before ethe exparte motion by the defendant at 9 A.M ( for which the  **notice received of at 1.17 p.m.**  (Exhibit 6  )

55. The Email from defendant Bluedorn  who is McGehee secretary  and goes by "court Administration" is attached as **Exhibit 8 with highlights.**

56. So the  defendant felon McGehee received the Motions (Ex.2 and 3) and read at 8.35 A.M The criminal intent to  absue, harass the Plaintiff  by allowing  an exparte motion by the

defendant is evident ; selling his rubber stamp be placed on a trash draft order by the

defendant is evident as the mad hyena McGehee  had his blood gone to his face with violent

anger upon seeing the E mail (Ex.2, 3, 8) and decided to  spray that venom in the *exparte*

order of 9/25/23 in favor of his client Eric Mail  for cash  ( with the clueless pathetic creature

McGehee  who has no idea what the Citizens Participation Act means.)

57. Upon seeing the distribution of the motions (Ex 2 ,3, 8)  with blood gushing into his face and

empty skull with no `gray matter' , the  maniacal , out of control psychopath McGehee  as a

revenge and vendetta sold his rubber stamp  be placed in whatever the trash drafted by his

client Eric Mail.

58. Despite a judgment on pleadings pending filed  by the Plaintiff ( before the  abusive

"blockade" of filings  since 9/22/23), defendant McGehee did not even acknowledge it in his

sold order of 9/25/23; instead refers  his client MTD in the trash order of 9/25/23;  cared less

to  set any time to file  Plaintiff response to MTD;  to set briefing schedule , hearing et.

59. The Fourteenth Amendment rights guarantee  an individual to a fair opportunity to present

his or her claim and the right to seek redress for a violation of that guarantee, to "petition the

Government for a redress of grievances." U.S. Const. Amend I;   *Cheeks v.Fort Myer Const.*

*Co.*, 722 F.Supp.2d 93,107 (D.D.C.2010);   *Armstrong v.Manzo,* 380 U.S. 545, 552, 85 S.Ct.

1187, 1191, 14 L.Ed.2d 62;   *Boddie v.Connecticut,* 401 U.S. 371, 91 S.Ct. 780, 28 L.Ed.2d

113;  *Logan v.Zimmerman Brush Co.*, 455 U.S. 422,437,102 S.Ct. 1148,1158,71 L.Ed.2d 265.

"Any attempt to restrict that right is subject to challenge under the due process clause of the

Fourteenth Amendment."

60. Defendant judicial felon McGehee *burned every due process of law*.   "[d]ue process of law

is the primary and indispensable foundation of individual freedom. It is the basic and

essential term in the social compact which defines the rights of the individual and **delimits the powers** which the state may exercise." In re *Gault,* 387 U.S.1,19-20, 87 S.Ct.1428, 18 L.Ed.2d 527 (1967).

61. Defendant judicial felon McGehee and his criminal accomplices and co-defendants committed felony under Federal laws under Title 18 U.S.C. Section 241 of **denying the rights** of the    Plaintiff John Doe, **disenfranchising , invalidating** the Plaintiff's rights, with coordinated, colluded conspiracy , the same criminal acts Trump is indicted.

62. Defendant judicial felon McGehee and his criminal accomplices and co-defendants committed felony under Federal laws under RICO Title 18 U.S.C. Section 241 of **denying the rights** of the    Plaintiff John Doe, **disenfranchising , invalidating** the Plaintiff's rights, with coordinated, colluded conspiracy , the same criminal acts Trump is indicted.

63. Defendant judicial felon McGehee and his criminal accomplices and co-defendants committed felony under Federal laws Hobbs Act:

Hobbs Act: " Harassment and Malicious persecution under color of office is a FELONY".

64. Defendant felon McGehee is eligible for criminal prosecution for felony conduct and abuses. " judges, cloaked with absolute civil immunity for centuries, **could be punished criminally for willful deprivations of constitutional rights on the strength of 18 U.S.C. § 242,** the criminal analog of § 1983 " , *O'Shea v. Littleton,* 414 U.S. 488, 503 (1974); cf. *Gravel v. United States,* 408 U.S. 606, 627 (1972). " A state   court has abused its discretion when it acts arbitrarily without the **employment of conscientious judgment or if its decision exceeds the bounds of reason and ignores principles of law** such that **substantial prejudice has resulted.**" *Zurich Insurance Co. v. Raymark Industries, Inc.* (1991)

65. U.S. Supreme court precedence authorities to sue the defendant felon McGehee .

    *Ammons v. Baldwin*, 705 F.2d 1445, 1448 (5th Cir. 1983).  *Lowe v. Letsinger,* 772 F.2d 308,

    311-12 (7th Cir. 1985); *Olmstead  v. United States* 19 F.( 2d)  842,848,850  ; *Forrester  v.*

    *White*   484 U.S. 219,  (1988)    " *This Court has never suggested that the policy*

    *considerations which compel civil immunity for certain governmental officials also place them*

    **beyond the reach of the criminal law"** *Gravel v. United States,* 408 U.S. 606, 627 (1972).

66. As proximate cause of the defendants' abuses  on judiciary, obstruction of justice, fraud on

    judiciary, criminal harassment, lynching, profiling , Plaintiff John Doe suffered damages.

67. Such damages include   intentional infliction of intentional infliction of  emotional distress,

    intentional infliction of mental anguish , tortious interference   and obstruction in Plaintiff

    from prosecuting his claims and for  damages , and damages caused from such  from

    defendants' intentional tort acts.

**WHEREFORE,** Plaintiffs seek a judgment for an amount of **TEN million dollars** be entered in

John Doe's favor and against the  INDIVIDUAL defendants John Layne McGehee, Tammy

Weikert , Teresa Ricke, Victori Bluedorn, Jill Doe , plus attorney fees, costs, and for any such

other relief as this  Court deem fit.

## COUNT V

### COMMON LAW FRAUD; DECEIT; CASE FIXING, FRAUD ON JUDICIARY, FRAUD ON PLAINTIFF

### Defendants McGehee Weikert, Ricke, Bluedorn, Jill Doe

68. Plaintiff adopts and incorporates paragraphs 1- 67 of this complaint as fully set forth herein

69. It is an unprecedented corruption of judiciary of "cash for case fixing"  by the defendant

    felon McGehee in collusion with  his accomplices Wiekert, Bluedorn, Ricke, Jill Doe

70. For instance, the shameless creature defendant McGehee who has no-self-respect, dignity, self-esteem , and as a perveretd sadist crook defendant  went <u>against his own prior status order continuing the fee petition</u>  for hearing and manipulated that order, lied  in an exparte 9/22/23 order as "fee petition  denied" . The  perverted sadist McGehee evil criminal intent is to 'shut the doors' to the Plaintiff from  prosecuting his facts based State law suit  against the felon  Hussain  and his accomplices.

71. Due to the double standards of justice by the  judicial felon defendant McGehee who has poisoned the judiciary , McGehee should not be allowed to come anywhere near the *black robe* of justice leave alone "donning it".    .

72. As proximate cause of the defendants' abuses  on judiciary, obstruction of justice, fraud on judiciary, criminal harassment, lynching, profiling , Plaintiff John Doe suffered damages.

73. Such damages include   intentional infliction of intentional infliction of  emotional distress, intentional infliction of mental anguish , tortious interference   and obstruction in Plaintiff from prosecuting his claims and for damages , and damages caused from such  from defendants' intentional tort acts.

**WHEREFORE,** Plaintiffs seek a judgment for an amount of **TEN million dollars** be entered in John Doe's favor and against the  INDIVIDUAL defendants John Layne McGehee, Tammy Weikert , Teresa Ricke, Victori Bluedorn, Jill Doe , plus attorney fees, costs, and for any such other relief as this  Court deem fit.

### COUNT VI
### PUNITIVE AND EXEMPLARY DAMAGES

### ALL DEFENDANTS

74. Plaintiff adopts and incorporates paragraphs 1- 73 and counts I-V  of this complaint as fully set forth herein.

75. United States Supreme court in *Bose Corporation* said , "judges must act as *gatekeepers of justice*"

76. As shown here in the entire pleadings the defendant thug  McGehee is not a "gate keeper " of justice.   rather *gate breaker.* It is like  having a *"bank robber to guard a bank"* . **fox guarding the hen house**;  *a wolf guard the sheep* , to have a judicial thug  defendant McGehee camouflage with a *black robe* to rob justice.

77. As shown here, the  defendant judicial felon McGehee in collusion   **with his 'henchmen' and and 'accomplices' Weikert, Ricke, Jill Doe , Bluedorn** *creatively shut the doors to courthouse* in violation of First Amendment Rights to petition courts for claims to redress grievances;  in violation of Fourteenth Amendment Rights to  prosecute those claims. (see paragraph 59)

78. In fact , defendant thug McGehee is an  *insurrectionist of the  Judiciary* and the Constitution; and yet to be prosecuted  fugitive felon.

79. **Exemplary damages are sought as "** *Society demands more* *of judges than of other persons because of their elevated position    in which they are expected to be* ***fair and honest* "** . Federal Judge – Northern District Honorable  Thomas Durkin while sentencing a judge to six (6) years in Federal prison.

80. The facts pleaded in this complaint in the foregoing Counts and the resulting damages are caused by the perverted, sadist evil acts by the defendants and are done with flagrant , breathtaking arrogance ; are wanton and deliberate abuses by the defendants .

81. As stated in all counts, the perverted sadist acts by the defendants are conducted  with willful, malicious intent to cause harm to the Plaintiff John Doe   and are qualified to be awarded for underline punitive and underline exemplary damages, the amount to be decided by a Jury.

82. Plaintiff will prove to a Jury due to the outrageous abuses, malice, wanton , deliberate criminal acts of defendants and intentional tort acts , defendants are liable to pay punitive and exemplary damages awarded to the plaintiff *as special circumstance*.

83. The despicable sadist perverted crook  defendant McGehee, a psychopaths and the  co-defendants Tammy Weikert, Teresa Ticke, Victoria Bluedorn , Jill Doe  acted with unprecedented arrogance in the *delusion of (unavailable) immunity* that they cannot be sued for their  intentional tort and abuses.

84. The despicable sadist perverted crook  defendant McGehee, a psychopath  and the co-defendants Tammy Weikert, Teresa Ticke, Victoria Bluedorn , Jill Doe  acted with unprecedented moral turpitude and the *viled and scurrilous;* acts  should not be left unpunished.

85. The outrageous abuse by the defendants who are 'bullies and hooligans' and the perveretd sadist maniac McGehee  and his co-defendant accomplices  tacitly, wickedly blocked prosecution of Plaintiff John Doe  case against terrorist Muslim Syed Hussain and other defendants.

86. The actions of the Defendants are wanton, reckless and willful and driven by *perverted sadism* , unprecedented arrogance with the rage of a serial killer.

87. Defendants acted with reckless disregard to laws , Statutes and knew all their unlawful acts against the Plaintiff  are punishable in a Civil action qualifying for damages awarded to the Plaintiff .

88. As pleaded in every counts of action in this complaint, the  Defendants have caused enormous harm, severe injury to Plaintiff , destroyed  plaintiff's case and so intended to inflict such damages through their intentional tort acts as narrated in in each counts of action and in the "Background Facts" and must pay exemplary damages.

89. As pleaded in every counts of action in this complaint , defendants knew their malicious vicious acts would cause harm to Plaintiff John Doe and there will be consequential damages, as proximate cause of the defendants' ruthless, perverted sadist criminal acts.

90. As a direct and proximate result of the actions of the Defendants as detailed in this entire complaint in foregoing counts , it is clear that the defendants deliberately indulged in numerous tort acts, including criminal acts , including criminal intent to obstruct justice to cause damages to Plaintiff John Doe.

91. Plaintiff's rights are guaranteed  under the United States Constitution and as a constitutional right   petition  courts to redress grievances,   and such plaintiff's "Bill of Rights" as an American Citizen   are guaranteed to the plaintiff by the Constitution of the United States under First Amendment Rights; protected rights to pursue claims for damages under the Fourteenth Amendment Rights , and such rights cannot be 'snatched, robbed' by felon, defendant McGehee wearing Halloween costume of a 'black robe'.

92. As a retaliation and intimidation and criminal extortion to prohibit Plaintiff from exercising his legal rights, the white collar criminal crook defendant McGehee  harassed, the Plaintiff by asking his co-defendants and accomplices to reject Plaintiff's filings; continue to threaten, harass, and block filings and to shut the door to courthouse permanently, cowardly hiding under the *mask and veil* of a *black robe.*

93. The  mental case, psychopath , perverted sadist criminal crook defendant McGehee , narcissist and schizophrenic and sadist pervert , a racial bigot should not be even allowed to carry law license, leave alone assuming the laughable title as "associate judge"  and must be disbarred.

94. Based upon all the foregoing facts and pleadings, it is clear *beyond preponderance of doubt* that the defendants acted in reckless disregard to Plaintiff's rights, repeatedly violated the charters of Illinois and United States constitution ; committed criminal act under arrogance of (un)qualified immunity ; committed crimes under color of law and committed felony acts to cause harm to Plaintiff John Doe , knowing fully well there would be consequences of their tort acts.

95. The anarchial arrogance of the defendant  McGehee *committing crimes,* , hiding inside an unqualified costume of a black robe  the  unlawful acts are qualified for exemplary damages to be decided before a Jury.

96. The anarchial , unprecedented judicial arrogance of the defendant  McGehee and his accomplices, co-defendants Weikert, Ricke, Jill Doe, Bluedorn who  are in fantasy they are some sort of *'king or queen'* in a public tax payers paid office whereas these unsightly *creatures* are despicable *douchebags* and cowards and coward defendant McGehee colluded with the co-defendants masked under the *black robe*, hoping to avoid criminal prosecution committing crimes, , hiding inside the  unqualified "Halloween" costume; such unlawful acts are qualified for exemplary damages to be decided before a Jury.

97. The despicable, unconscionable, unscrupulous, perverted ,sadist  acts of the defendants as detailed  in this complaint   warrant severe punitive and exemplary damages to be awarded in favor of Plaintiff and against each individual defendants, and such damages to be decided by a Jury.

**WHEREFORE**, the Plaintiffs request this Honorable Court to enter judgment in their favor and against each of the INDIVIDUAL Defendants for Exemplary damages cumulatively and collectively for FIVE HUNDRED MILLION DOLLARS and any such amount a Jury find fair and just and to punish and deter the defendants from indulging in such acts against the Plaintiffs and/or towards anyone in future plus costs, attorney fees.

For Robeprobe/JFW

/s/John Doe

9/27/2023

Robeprobe.com
Legal Aid Washington, D.C .
c/o Justice Clinic
300 Biesterfield
Schaumburg, Il 60168-1085

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

RobeProbe et.al

**DEFENDANTS**

John Layne McGehee, Tammy Renee Weikert ,Teresa Ricke ,Jill Doe, Victoria Bluedom

**(b)** County of Residence of First Listed Plaintiff  Peoria, Cook
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Madison
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Robeprobe
c/o Justice Clinic, Schaumburg,IL l60168-1085

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C Section 1983; Title 18 U.S.C Section 241  Section 873; RICO; First And Fourteennth Amendmet Rights

Brief description of cause:
Violation of First Amedment Rights; Fourteenth Amendment rights; Violations under EAJA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**   50000000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 9-27-2023 | s/J.Doe |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Legal Aid Washington, D.C .
c/o Justice Clinic
300 Biesterfield
Schaumburg, Il 60168-1085

   

Clerk  of the United States District Court
301 W.Main street
Benton, IL 62812

MAIL CLEARED
US MARSHALS

RECEIVED

OCT 02 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE